IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**MARTINO TAYLOR,**

    **Plaintiff,**

v.                                              **NO.:2:04-CV-2722-B/V**

**UNITED PARCEL SERVICE, INC.**

    **Defendant.**

---

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER AND TO CONTINUE TRIAL DATE**

---

It appearing to this Court that good cause is shown and that Plaintiff's Unopposed Motion for Modification of the Court's Scheduling Order and to Continue the Trial Date should be granted;

IT IS, THEREFORE, ORDERED that this Court's Scheduling Order be modified as follows:

COMPLETING ALL DISCOVERY: No later than August 22, 2005.

    (a)    DOCUMENT PRODUCTION: No later than August 22, 2005.

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUEST FOR ADMISSIONS: No later than August 22, 2005.

    (c)    EXPERT WITNESS DISCLOSURE: (RULE 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: No later than June 21, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-29-05

  (2)  DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION: No later than July 21, 2005.

  (3)  EXPERT WITNESS DEPOSITIONS: No later than August 22, 2005.

FILING DISPOSITIVE MOTIONS: No later than September 21, 2005.

  (d)  Trial date _____.

/s/ _____<br>
UNITED STATES DISTRICT JUDGE<br>
DATE: 4/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02722 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Martino D. Taylor
4343 Springwind Road
Memphis, TN 38141

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Brian A. Lapps
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable J. Breen
US DISTRICT COURT