IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 13 PM 4: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARTINO TAYLOR

    Plaintiff,

v.                                                    No. 04-2722 B/V

UNUITED PARCEL SERVICE, INC.

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

It appearing to this Court that good cause is shown and that the Plaintiff's Motion for Modification of the Court's Scheduling Order should be granted;

IT IS, THEREFORE, ORDERED that this the Scheduling Order be modified to extend the discovery cut-off date until October 22, 2005, and the dispositive motion deadline is extended until November 22, 2005. These dates will have no affect on the current trial date which is currently scheduled for February 27, 2006.

Diane K. Vescovo
Magistrate
UNITED STATES ~~DISTRICT~~ JUDGE
DATE: September 13, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02722 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Martino D. Taylor
4343 Springwind Road
Memphis, TN 38141

Brian A. Lapps
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James William Jefferson Farrar
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT