IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -1  PM 4: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MARTINO TAYLOR

  Plaintiff,

v.                                                    No. 04-2722 B/V

UNITED PARCEL SERVICE, INC

  Defendant.

---

### [PROPOSED] ORDER ON JOINT MOTION FOR MODIFICATION OF THE SCHEDULING ORDER

---

THIS CAUSE came to be heard upon the "Joint Motion for Modification of the Scheduling Order" and upon the record in this cause from which the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, AJUDGED AND DECREED by the Court that Joint Motion for Modification of the Scheduling Order should be granted and the date for completing all discovery is now set for February 14, 2006 and the date for filing dispositive motions is now set for March 16, 2006.

_____
Judge

11/1/05
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CV-02722 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James William Jefferson Farrar
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Martino D. Taylor
4343 Springwind Road
Memphis, TN 38141

Brian A. Lapps
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable J. Breen
US DISTRICT COURT