IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY_____D.C.

05 NOV -3 AM 9: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| MARTINO D. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-2722-BV |
| v. | ) | JUDGE BREEN |
| | ) | MAGISTRATE JUDGE VESCOVO |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER TO CONTINUE TRIAL DATE

This matter is before the Court on the parties' Joint Motion for Continuance. Upon consideration of the parties' Motion and for good cause shown:

It is therefore, ORDERED, DECREED, and ADJUDGED that the trial date set in this matter be continued from February 27, 2006 to _June 5, 2006_.

**IT IS SO ORDERED.**

_____
JUDGE BREEN

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-3-05

1152929.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CV-02722 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

Martino D. Taylor
4343 Springwind Road
Memphis, TN 38141

Brian A. Lapps
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James William Jefferson Farrar
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT